CJF9.29.19
PCM/BM: USAO#2019R00678

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2019 OCT -2 PM 3: 51

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
AT BALTIMORE

BY_____DEPUTY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | CRIMINAL NO. SAG-19-0461 |
| **JAMAI WELLS,** | * | (Possession of a Firearm and Ammunition by a Prohibited Person, 18 U.S.C. § 922(g)(1); Forfeiture, 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c)) |
| **Defendant** | * | |

*******

## INDICTMENT

### COUNT ONE

The Grand Jury for the District of Maryland charges that:

On or about September 13, 2019, in the District of Maryland, the defendant,

**JAMAI WELLS,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition, that is a Smith & Wesson .40 caliber handgun, model SD40VE, with serial number HEY3709; and 14 rounds of Winchester .40 caliber ammunition, and the firearm and ammunition were in and affecting commerce.

18 U.S.C. § 922(g)

## FORFEITURE

The Grand Jury for the District of Maryland further charges that:

1. Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with Title 18, United States Code, Section 924(d), as a result of the defendant's conviction under Count One of the Indictment.

2. As a result of the offense alleged in Count One of this Indictment, the defendant,

**JAMAI WELLS,**

shall forfeit to the United States the firearm and ammunition listed in County One of this Indictment and involved in the commission of the offense.

18 U.S.C. § 924(d)
28 U.S.C. § 2461

Robert K. Hur
United States Attorney

A TRUE BILL:

SIGNATURE REDACTED

Foreperson

October 2, 2019
Date